# In the United States Court of Federal Claims

No. 12-437T
(Filed: January 7, 2015)

|  |  |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

**O R D E R**

Based on the representations in the parties' joint status report (ECF No. 24), filed January 6, 2016, the above-captioned case remains **STAYED**. The parties shall file a joint status report by **July 6, 2016** detailing the status of the pending related matter in the U.S. District Court for the Southern District of New York, <u>American International Group, Inc. and Subsidiaries v. United States</u>, No. 09-cv-01871, and pending related administrative refund actions before the Internal Revenue Service.

**IT IS SO ORDERED.**

<u>s/Nancy B. Firestone</u>
NANCY B. FIRESTONE
Senior Judge
