# In the United States Court of Federal Claims

No. 12-437T
(Filed: April 11, 2016)

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC.,<br><br>              Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>              Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER OF RECUSAL

In accordance with 28 U.S.C. § 455, I hereby recuse myself from presiding over this action.  The case shall be returned to the clerk for reassignment.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Senior Judge