# In the United States Court of Federal Claims

Case No.: 12-437 T
Filed: April 11, 2016

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., | NOTICE OF REASSIGNMENT TO: Judge Susan G. Braden |
| v. | |
| THE UNITED STATES | |

Pursuant to Rule 40.1 of the Rules of the United States Court of Federal Claims, this case has been reassigned to the above judge.

_____
Clerk of Court